JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| LORENZO GOMEZ, JR., an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>RYAN PEPPLER, an individual; et al.,<br><br>Defendants. | Case No. **5:13-cv-02185-BRO-AJW**<br>[*Honorable Beverly Reid O'Connell*]<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**<br><br>[Stipulation to Dismiss with Prejudice *filed concurrently herewith*] |

**ORDER**

Having reviewed the parties' Stipulation, and GOOD CAUSE appearing therefore, all claims by Plaintiff Lorenzo Gomez, Jr. against all defendants are hereby dismissed with prejudice.  Each party to bear their own attorneys' fees and costs.


IT IS SO ORDERED.

DATED:  September 29, 2015

_____
HON. BEVERLY REID O'CONNELL
United States District Judge